IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL S. FONTANA<br>Petitioner | : CIVIL NO. 26-cv-01178<br>: |
| V. | : |
| TODD BLANCHE, Acting Attorney General of the United States, OFFICE OF THE ATTORNEY GENERAL, Washington D.C. 20530<br>Respondent | :<br>:<br>:<br>: |

PETITION FOR REVIEW FROM DENIAL
OF RELIEF REQUESTED PURSUANT TO 18 U.S.C.§925(c)

1. Petitioner is Gabriel S. Fontana, an adult individual who resides at 320 Fort Duquesne Boulevard, Pittsburgh, PA 15222.

2. Respondent is The Honorable Todd Blanche is the Acting Attorney General with an office and principal place of business at the Office of the Attorney General, Washington, D.C. 20530.

3. Petitioner filed a Request pursuant to 18 U.S.C.§925(c) with the Office of the Pardon Attorney on or about April 10, 2025 by transmitting a letter and request to the Office of the Pardon Attorney 950 Pennsylvania Avenue NW, Washington DC 20530 for relief of his firearms disability. A true and correct copy of the request along with its attachments are attached hereto, incorporated herein and marked Exhibit “A”.

4. Thereafter, petitioner filed supplemental letters and attachments on April 29, 2025 including fingerprint cards, a Pennsylvania State Police background check and Affidavits were signed by petitioner and individuals supporting his application and additional information that the Office of the U.S. Pardon Attorney requested. A true and correct copy of that letter together with its attachments are attached hereto, incorporated herein and marked Exhibit "B".

5. On or about May 18, 2026, Todd Blanche, Acting Attorney General denied petitioner's request for relief. A true and correct copy of said letter is attached hereto, incorporated herein and marked Exhibit "D".

6. Acting Attorney General Blanche relied on inaccurate information in formulating his decision.

7. One of the inaccuracies is that petitioner was not involved with firearms. He was charged with information and was not charged with any firearm offenses.

8. Also, the second matter that Acting Attorney General Blanche relief on had to do with a bankruptcy proceeding where allegations of misconduct in those proceedings were made against Mr. Fontana.

9 . The bankruptcy trustee and the bankruptcy court obviously found that these allegations were inaccurate and the bankruptcy trustee and the bankruptcy judge allowed the bankruptcy to proceed and granted the bankruptcy.

WHEREFORE, petitioner respectfully requests this Honorable Court review the Petition for Relief and if necessary grant a hearing whether in person or via electronic means.

Respectfully submitted,

VANGROSSI AND RECCHUITI

BY: /S/MICHAEL P. GOTTLIEB

MICHAEL P. GOTTLIEB
Attorney ID: 36678
319 Swede Street
Norristown, PA 19401-4801
(610) 279-4200